# Rubin, Fiorella, Friedman & Mercante LLP

Attorneys at Law
630 Third Avenue, 3rd Floor
New York, New York 10017
Telephone: (212) 953-2381 / Facsimile: (212) 953-2462

Direct Dial:  212-447-4615
Email:  mstern@rubinfiorella.com

December 15, 2023

**Via ECF**

Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10001

Re:   International Cargo Loss Prevention v. MSC
      1:23 Civ. 8184

Dear Judge Rochon:

We represent plaintiff in the above matter. We write in connection with the Order entered on the docket [No. 5] concerning the initial pretrial conference scheduled for December 20, 2023. The summons and complaint have not been served on defendants, but is out for service. One of the reasons for the delay in service is our client has been attempting to resolve the matter directly with the defendants. Accordingly, we respectfully request that the conference be adjourned until after service has been made.

Respectfully submitted,

*Michael E. Stern*/s

The request is GRANTED. The initial pretrial conference is adjourned to **January 17, 2024 at 1:00 p.m.**  Service shall be completed and proof of service filed by **January 10, 2024**.

Dated: December 15, 2023
        New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**