MARK A. BECKMAN
MBECKMAN@GRSM.COM
DIRECT DIAL: (212) 453-0724



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

February 1, 2024

**VIA ECF**
The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20B
New York, NY 10007

> The request is GRANTED. The initial pre-trial conference is adjourned from February 7, 2024 to **April 10, 2024 at 12:00 p.m.**
>
> Dated: February 1, 2024
> New York, New York
> **SO ORDERED.**
>
> _____
> **JENNIFER L. ROCHON**
> **United States District Judge**

Re:   *International Cargo Loss Prevention, Inc. v.*
      *MSC Mediterranean Shipping Company S.A., et al.*
      Case No.: 23-cv-08184-JLR

Dear Judge Rochon:

We represent defendant MSC Mediterranean Shipping Company S.A. ("MSC") and write jointly with plaintiff pursuant to the Court's Individual Rules of Practice in Civil Cases, 1.F., to request the Court adjourn the upcoming initial pretrial conference. As the Court may be aware, on January 23, 2024, MSC executed a waiver of service, and its response is currently set for March 22, 2024. As MSC has just been served in this matter, we respectfully suggest the conference be adjourned until MSC has had a chance to review this mater and the allegations in the Complaint.

Accordingly, MSC and plaintiff respectfully request the Court adjourn the initial pre-trial conference currently scheduled for Wednesday, February 7, 2024, until a date after March 22, 2024 convenient for the Court. Plaintiff and MSC are available on April 9, 10, and 11. This is the second request to adjourn the initial conference, though the first after MSC was served, and as noted above, is made together with plaintiff.

We thank the Court for its attention to this matter.

Respectfully submitted,

Mark A. Beckman

cc: All Counsel of Record (*via* ECF)